**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01421-CR

### STACY STINE CARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81637-2011**

## ORDER

The Court **GRANTS** the State's unopposed motion to participate in oral argument. The Court will hear oral argument in this case on December 3, 2013. Oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for the State's argument, and five minutes for the appellant's rebuttal. *See* 5TH TEX. APP. (DALLAS) LOC. R. 6.

/s/    DOUGLAS S. LANG
        JUSTICE